```
                    UNITED STATE DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
_____
                              )
PAUL SNIADACH, Personal       )   No. 20-cv-30115
Representative of the Estate  )
of Joseph Sniadach,           )
                              )
     On behalf of all others  )
     similarly situated,      )
                              )
          Plaintiffs          )
                              )
v.                            )   MOTION FOR ENLARGEMENT OF
                              )   TIME FOR SERVICE OF PROCESS
BENNETT WALSH,                )   OF THE COMPLAINT ON THE
DAVID CLINTON,                )   DEFENDANTS
VANESSA LAUZIERE,             )
CELESTE SURREIRA,             )
                              )
     and                      )
                              )
FRANCISCO URENA,              )
                              )
          Defendants          )
_____)
```

Now comes the plaintiff, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 4.1(b), and moves the Court to enlarge the time period to serve the Complaint on the defendants by a period of 90 days, from October 15, 2020, until January 13, 2021, or such other time that the Court deems appropriate. The grounds for this motion are stated in the attached affidavit of undersigned counsel, Michael Aleo.

1

```
                                Respectfully submitted,

Date: October 1, 2020           /s/ Thomas Lesser

                                /s/ Michael Aleo
                                _____
                                Thomas Lesser (BBO No. 295000)
                                lesser@LNN-law.com
                                Michael Aleo (BBO No. 672071)
                                aleo@LNN-law.com
                                Lesser, Newman, Aleo, & Nasser LLP
                                39 Main Street
                                Northampton, MA 01060
                                (413) 584-7331 (tel)
                                (413) 586-7076 (fax)
```