```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
_____
                              )
ESTATE OF JOSEPH SNIADACH, et al. )   No. 20-CV-30115
                              )
       Plaintiffs             )
v.                            )
                              )
BENNETT WALSH, et al.         )
                              )
       Defendants             )
_____)
```

ORDER

For the reasons stated in the plaintiffs' unopposed motion, ECF No. __, the Court Orders as follows:

(1) The Court preliminarily finds the terms of the proposed Class Settlement Agreement to be fair, reasonable, and adequate to the members of the proposed Settlement Classes.

(2) The Court appoints attorneys Thomas Lesser and Michael Aleo as Class Counsel.

(3) The Court appoints Joseph Sanky and the Estate of Joseph Sniadach as Class Representatives.

(4) The Court appoints attorney Donald K. Stern as the Claims Administrator for the purpose of effectuating the Notice Plan and making awards to Participating Class Members in accordance with the terms of the Class Settlement Agreement.

(5) The Court directs the Claims Administrator to issue

1

    Notice to the Settlement Class Members in a manner consistent with the Notice Plan included with the plaintiffs' motion.

(6) The Court orders that all opt out notices be submitted to the Claims Administrator and all objections be filed with the Court no later than August 16, 2022.

(7) The Court schedules a status conference for September 16, 2022, at which time the parties shall be prepared to address any issues relating to the settlement process.

(8) The Court schedules a Final Approval Hearing to be held on November 14, 2022.

Date: 6/6/22

_____
Hon. Mark Mastroianni