| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. HD22P1643EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| Estate of: Joseph Patrick Bryant<br><br>Date of Death: 07/04/2020 | | Hampden Probate and Family Court<br>50 State Street<br>Springfield, MA 01103<br>(413)748-7758 |

To:

**Kathy Jo Macmillan**

**82 Birch Road**

**Longmeadow, MA 01106**

You have been appointed and qualified as Personal Representative in ☐ Supervised ☒ Unsupervised administration of this estate on     July 26, 2022     .
(date)

These letters are proof of your authority to act pursuant to G. L. c. 190B, except for the following restrictions if any:

☐ Pursuant to G. L. c. 190B, § 3-108(4), the Personal Representative shall have no right to possess estate assets as provided in § 3-709 beyond that necessary to confirm title thereto in the successors to the estate and claims, other than expenses of administration, if any, shall not be paid.

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇⬇ (Do Not Write Below This Line-For Court Use Only) ⬇⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date     **July 28, 2022**         *Rosemary A. Saccomani*

Rosemary A Saccomani, Register of Probate

MPC 751 (4/15/16)